**Opinion issued April 30, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00714-CV

———————————

**RAMESH KAPUR D/B/A AIC MANAGEMENT, Appellant**

**V.**

**ENGELHARDT LAW, PLLC AND STEVEN ENGELHARDT, Appellees**

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2017-56784

## MEMORANDUM OPINION

Appellant, Ramesh Kapur, doing business as AIC Management Company, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal for appellant's failure to file a brief, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.